**Electronically Filed
Supreme Court
SCWC-20-0000606
31-OCT-2022
08:59 AM
Dkt. 9 ODAC**

SCWC-20-0000606

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

MAXWELL BENJAMIN WERBLUN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000606; CASE NO. 2DTC-20-694722)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on September 16, 2022, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 31, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

